UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH COLVIN** | * | **CIVIL ACTION NO. 09-2325** |
| **VERSUS** | * | **SECTION: M** |
| **BROWNLEE CURREY AND** | * | **JUDGE PETER BEER** |
| **CURREY & CO., INC.** | * | **MAGISTRATE 2** |

## ORDER

**CONSIDERING** the foregoing Motion for Extension of Time to File Responsive Pleadings,

**IT IS HEREBY ORDERED** that Defendants Brownlee Currey and Brownlee Currey & Co., Inc., are hereby granted an extension of twenty days (20 of the time within which it must plead or otherwise respond to the plaintiff's complaint.

New Orleans, Louisiana, this 10th day of  February , 2009.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE